United States Bankruptcy Court
District of Connecticut

In re:  
Tyson William Hardie  
    Debtor

Case No. 23-50404-jam  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0205-5     User: admin     Page 1 of 2  
Date Rcvd: Jan 08, 2025     Form ID: pdfdoc1     Total Noticed: 16

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tyson William Hardie, 6 Robins Ln., Brookfield, CT 06804-1127 |
| 9431950 | | Glass & Brauss, 25 Lindbergh St., Mayaguez, PR 00682 |
| 9431944 | | Internal Revenue Service, Holtsville, NY 11742 |
| 9431952 | + | Mortgage Electron Reg Sys. Inc, Attn: President, 1818 LIBRARY ST., Reston, VA 20190-6242 |
| 9431953 | + | Mortgage Electron Reg Sys. Inc, Attn: President, 1901 E. VORHEES ST., SUITE C, Danville, IL 61834-4512 |
| 9431954 | + | S. B. Nickse Law Office, LLC, Attn: President, 83 Wooster Heights Road, Suite 125, Danbury, CT 06810-7550 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 9438741 | | Email/PDF: bncnotices@becket-lee.com | Jan 08 2025 19:00:43 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 9431948 | + | Email/PDF: bncnotices@becket-lee.com | Jan 08 2025 18:50:01 | Amex, Attn: President, P.o. Box 981537, El Paso, TX 79998-1537 |
| 9436512 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 08 2025 18:48:00 | Federal Home Loan Mortgage Corporation, as Trustee, Select Portfolio Servicing ,Inc, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 9431946 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 08 2025 18:47:00 | Internal Revenue Service, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 9431951 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 08 2025 18:49:30 | Jpmcb Card, Attn: President, Po Box 15369, Wilmington, DE 19850 |
| 9431955 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 08 2025 18:48:00 | Select Portfolio Servicing, Attn:President, POB BOX 65450, Salt Lake City, UT 84165-0450 |
| 9431956 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 08 2025 18:48:00 | Select Portfolio Svcin, Attn:President, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 9431957 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 08 2025 18:47:00 | Specialized Loan Servi, ATTN: PRESIDENT, Po Box 636005, Littleton, CO 80163-6005 |
| 9440765 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 08 2025 18:47:00 | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 9431945 | | Email/Text: lauren.nash@usdoj.gov | Jan 08 2025 18:46:00 | Internal Revenue Service, ATTN:, 157 CHURCH ST. - 25TH FLOOR, New Haven, CT 06510 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID**     **Bypass Reason**    **Name and Address**

| District/off: 0205-5 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 08, 2025 | Form ID: pdfdoc1 | Total Noticed: 16 |

| cr | Federal Home Loan Mortgage Corporation, as Trustee |
|---|---|
| 9431947 * | Internal Revenue Service - Department of Treasury, Attn: Revenue Agent, P O Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jessica L. Braus | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2021-2 jessica@glassbraus.com, dan@glassbraus.com |
| Roberta Napolitano | notices@ch13rn.com  rnapolitano13@ecf.epiqsystems.com |
| Russell Gary Small | on behalf of Debtor Tyson William Hardie Russell@rgsmall.com small.russellr122962@notify.bestcase.com,Lesliebrown.paralegal@gmail.com |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |

TOTAL: 4

ct 205

08/2021

# United States Bankruptcy Court
## District of Connecticut



In re:

Tyson William Hardie

Case Number: 23-50404

Chapter: 13

Debtor*

# NOTICE OF DEADLINE TO OBJECT
# TO THE CHAPTER 13 STANDING TRUSTEE'S FINAL ACCOUNT

**PLEASE TAKE NOTICE** that on January 7, 2025, Roberta Napolitano , the Chapter 13 Standing Trustee, filed a Chapter 13 Trustee's Final Account, ECF No. 51, in which the Trustee certified that the Debtor's estate has been fully administered in accordance with Fed. R. Bankr. P. 5009(a), *See,* attached Chapter 13 Standing Trustee's Final Account.

**NOTICE IS FURTHER GIVEN** that any objection to the Chapter 13 Standing Trustee's Final Account must be filed with the Clerk's Office on or before February 10, 2025 *. If an objection is filed a hearing may be scheduled, and, in that event a separate Notice of Hearing will issue.

**NOTICE IS FURTHER GIVEN** that the Chapter 13 Standing Trustee's Final Account is available for inspection at any Bankruptcy Court Clerk's Offices located in Hartford, New Haven, and Bridgeport, Connecticut.  You may also view the filed Chapter 13 Trustee's Final Account on the Court's PACER system ([www.pacer.psc.uscourts.gov](www.pacer.psc.uscourts.gov)).

Dated: January 8, 2025

Pietro Cicolini
Clerk of Court

*Pursuant to Federal Rule of Bankruptcy Procedure 9006(f), if service is made by mail, three days are added after the response date set in this notice.

# UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

In re: TYSON WILLIAM HARDIE

Case No.: 23-50404-JAM

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Roberta Napolitano, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/12/2023.
2) The plan was confirmed on NA.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was dismissed on 07/26/2024.
6) Number of months from filing or conversion to last payment: 10.
7) Number of months case was pending: 18.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 87,100.00.
10) Amount of unsecured claims discharged without full payment: .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**
| | |
|---|---:|
| Total paid by or on behalf of the debtor: | $9,100.00 |
| Less amount refunded to debtor: | $8,255.00 |
| **NET RECEIPTS:** | **$845.00** |

**Expenses of Administration:**
| | |
|---|---:|
| Attorney's Fees Paid Through The Plan: | $.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $845.00 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$845.00** |

Attorney fees paid and disclosed by debtor:   $3,487.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICAN EXPRESS NATIONAL BANK | Unsecured | 669.00 | 669.02 | 669.02 | .00 | .00 |
| Attorney Not Assigned | Admin | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 72,965.76 | 34,949.20 | .00 | .00 |
| INTERNAL REVENUE SERVICE | Unsecured | 20,000.00 | 72,965.76 | 38,016.56 | .00 | .00 |
| JP MORGAN CHASE BANK, N.A. | Unsecured | 4,076.00 | NA | NA | .00 | .00 |
| MORTGAGE ELECTRON REG SYS. INC | Secured | NA | NA | NA | .00 | .00 |
| S. B. NICKSE LAW OFFICE, LLC | Unsecured | 1,445.69 | NA | NA | .00 | .00 |
| SELECT PORTFOLIO SERVICING, INC. | Secured | 255,941.00 | 259,330.19 | 38,009.57 | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

In re: TYSON WILLIAM HARDIE                                         Case No.: 23-50404-JAM

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| SPECIALIZED LOAN SERVICING LLC | Secured | 58,436.00 | 58,678.12 | 11,110.27 | .00 | .00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | 11,110.27 | .00 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | 38,009.57 | .00 | .00 |
| **TOTAL SECURED:** | 49,119.84 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 34,949.20 | .00 | .00 |
| **TOTAL PRIORITY:** | 34,949.20 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 38,685.58 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration: | $845.00 | |
| Disbursements to Creditors: | $.00 | |
| **TOTAL DISBURSEMENTS:** | | $845.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 01/06/2025                         By: /s/Roberta Napolitano
                                                            Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.